McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

FILED

DEC 0 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Warrant for Arrest of:<br><br>JOSE ARTURO NAVARRETE, JR | CASE NO. 2:19-MJ-139-EFB<br><br>[PROPOSED] ORDER TO FILE REDACTED, UNSEALED COPIES OF THE ARREST WARRANT AND COMPLAINT |

The government's motion to file redacted, unsealed versions of the above-referenced documents is GRANTED.

Dated: 12-5-2019

HON. EDMUND F. BRENNAN
United States Magistrate Judge

MOTION TO UN-SEAL; [PROPOSED] ORDER