PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-MJ-00139-EFB |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| JOSE ARTURO NAVARRETE, JR., | |
| Defendant. | |

The United States' motion to dismiss without prejudice the complaint charging a violation of 18 USC 1073, Unlawful Flight to Avoid Prosecution, and its associated arrest warrant, all in the above referenced case, 2:19-MJ-00139-EFB, against JOSE ARTURO NAVARRETE, JR. is GRANTED.

Dated:  October 12, 2021

_____
HON. JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1